No. 4,658.—GOTTLIEB LUX ET AL., RESPONDENTS, *v.* J. J. SMITH, APPELLANT.

*Appeal from Hill County; Frank E. Carleton, Judge.*

Decided September 14, 1920.

PER CURIAM.—The motion of respondents that the appeal herein be dismissed for failure of appellant to serve and file his brief within time is granted and the appeal is accordingly dismissed.

*Mr. R. E. Hammond,* for Appellant.

*Mr. H. S. Kline* and *Mr. Chas. B. Elwell,* for Respondent.

---

No. 4,713.—BUTTE ELECTRIC SUPPLY CO., RESPONDENT, *v.* ROYAL INDEMNITY CO., APPELLANT.

*Appeal from District Court, Silver Bow County.*

Decided September 14, 1920.

PER CURIAM.—Pursuant to motion of respondent that the appeal herein be dismissed for failure of appellant to file transcript within time, the appeal is dismissed.

*Henry C. Levinski,* for Respondent.